TO: ABEL ACOSTA (CLERK TX. Court OF Criminal Appeals)   77,171-03  ①
    P.O. Box 12308
    Capitol Station
    Austin, Tx. 78711

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**FEB 02 2015**

**Abel Acosta, Clerk**

From: DeMaria Woods SR. # 1597516
      Telford Unit
      3899 State Hwy 98
      New Boston, Tx. 75570

JANUARY 27, 2015

Re: "Requesting Documents To Be Sent Back To Me"

Dear Clerk:
    This, Is my third letter to you without No Previous Response I last contacted you on (December 30, 2014)..... regarding; the status of my "Bill Of Review" that was filed with this court back on (November 10, 2014).
    If, I was suppose to file my petition with the convicting trial court for the reason... why; this court has not responded to my (Bill Of Review) Can you Please send me my documents back? So, that way I can file my (documents) with the Proper court to where my... Pursuit; In this legal litigation won't be delayed no further. I would greatly appreciate some type of response so that... I; can know what's going on and not be left In the blind without an answer.

                                    Sincerely,
                                    DeM-  Sr.

CC: